```
 1  ARNOLD & PORTER KAYE SCHOLER LLP
    DOUGLAS A. WINTHROP (Bar No. 183532)
 2  Douglas.Winthrop@arnoldporter.com
    DANIEL B. ASIMOW (Bar No. 165661)
 3  Daniel.Asimow@arnoldporter.com
    JEE HEUN ("JEENIE") KAHNG (Bar No. 348556)
 4  jeenie.kahng@arnoldporter.com
    Three Embarcadero Center, 10th Floor
 5  San Francisco, CA 94111-4024
    Telephone:    415.471.3100
 6  Facsimile:    415.471.3400

 7  ARNOLD & PORTER KAYE SCHOLER LLP
    JONATHAN I. GLEKLEN (admission pro hac vice forthcoming)
 8  Jonathan.Gleklen@arnoldporter.com
    601 Massachusetts Ave., NW
 9  Washington, DC 20001
    Telephone:    202.942.5000
10  Facsimile:    202.942.5999

11  Attorneys for Plaintiff
    Samsung Electronics Co., Ltd.
12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. | Case No. 5:24-cv-03959 |
| Plaintiff, | **PLAINTIFF SAMSUNG ELECTRONICS CO., LTD.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| BROADCOM INC., BROADCOM CORPORATION, and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED, | |
| Defendants. | |

CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned, counsel of record for Plaintiff Samsung Electronics Co., Ltd. certifies as follows: Plaintiff Samsung Electronics Co., Ltd. is a publicly held corporation organized under the laws of the Repulic of Korea.  No publicly held corporation owns 10% or more of Samsung Electronics Co., Ltd.'s stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict of interest (other than the named parties) to report.

Dated:  July 1, 2024                                         ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/Douglas A. Winthrop
Douglas A. Winthrop
Daniel B. Asimow
Jee Heun Kahng
Jonathan I. Gleklen (*motion for admission pro hac vice forthcoming*)
*Attorneys for Plaintiff*
*Samsung Electronics Co., Ltd.*

PLAINTIFF'S COMPLAINT FOR ANTITRUST VIOLATIONS