AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

SAMSUNG ELECTRONICS CO., LTD.

*Plaintiff(s)*

v.

BROADCOM INC., BROADCOM CORPORATION, and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED

*Defendant(s)*

Civil Action No. 5:24-cv-03959 LB

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Broadcom Inc.
Registered Agent: Corporation Service Company
251 Little Falls Dr.
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Douglas Winthrop, Daniel Asimow, and Jee Heun Kahng
Arnold & Porter Kaye Scholer LLP
Three Embarcadero Center, 10th FloorSan Francisco, CA 94111-4024
douglas.winthrop@arnoldporter.com, daniel.asimow@arnoldporter.com,
jeenie.kahng@arnoldporter.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Mark B.Busby*

Date: July 2, 2024

*Signature of Clerk or Deputy Clerk*

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* BROADCOM INC.
was received by me on *(date)* 07/03/2024 .

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Jane Doe, Registered Agent, CSC , who is designated by law to accept service of process on behalf of *(name of organization)* BROADCOM INC. 251 LITTLE FALLS DR., WILMINGTON, DE 19808 on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/09/2024

*Server's signature*

THOMAS NEWTON, PROCESS SERVER
*Printed name and title*

P.O. BOX 78154
SAN FRANCISCO, CA 94107
*Server's address*

Additional information regarding attempted service, etc: