| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 |    Christopher S. Yates (Bar No. 161273)<br>    *chris.yates@lw.com* |
| 3 |    Belinda S. Lee (Bar No. 199635)<br>    *belinda.lee@lw.com* |
| 4 |    Aaron T. Chiu<br>    *aaron.chiu@lw.com* |
| 5 | 505 Montgomery Street Ste 2000<br>San Francisco, California 94111-6538 |
| 6 | Telephone: +1.415.391-0600 |
| 7 | LATHAM & WATKINS LLP<br>   Sean M. Berkowitz (*pro hac vice* forthcoming) |
| 8 |     *sean.berkowitz@lw.com*<br>330 North Wabash Avenue, Suite 2800 |
| 9 | Chicago, Illinois 60611<br>Telephone: +1.312.876.7700 |
| 10 | *Attorneys for Defendants Broadcom Inc.,* |
| 11 | *Broadcom Corporation and Avago Technologies*<br>*International Sales Pte. Limited* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>BROADCOM INC., BROADCOM CORPORATION, and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED,<br><br>    Defendants. | Case 3:24-cv-03959-LB<br><br>**NOTICE OF APPEARANCE** |

NOTICE OF APPEARANCE
CASE NO. 3:24-cv-03959-LB

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that Christopher S. Yates of the law firm Latham & Watkins LLP hereby enters his appearance in the above-captioned matter as counsel for Defendants Broadcom Inc., Broadcom Corporation, and Avago Technologies International Sales Pte. Limited in this action. He respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the following address:

> Christopher S. Yates (Bar No. 161273)
> LATHAM & WATKINS LLP
> 505 Montgomery Street Ste 2000
> San Francisco, California 94111-6538
> Telephone: +1.415.391-0600
> *chris.yates@lw.com*

Christopher S. Yates is admitted to practice, and is in good standing, in the Northern District of California.

Dated: July 23, 2024            Respectfully submitted,

LATHAM & WATKINS LLP
By:  */s/ Christopher S. Yates*
     Christopher S Yates

*Attorneys for Defendants Broadcom Inc., Broadcom Corporation and Avago Technologies International Sales Pte. Limited*