| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 |    Christopher S. Yates (Bar No. 161273)<br>    *chris.yates@lw.com* |
| 3 |    Belinda S Lee (Bar No. 199635)<br>    *belinda.lee@lw.com* |
| 4 |    Aaron T. Chiu<br>    *aaron.chiu@lw.com* |
| 5 | 505 Montgomery Street Ste 2000<br>San Francisco, California 94111-6538 |
| 6 | Telephone: +1.415.391-0600 |
| 7 | LATHAM & WATKINS LLP<br>   Sean M. Berkowitz (*pro hac vice* forthcoming) |
| 8 |     *sean.berkowitz@lw.com*<br>330 North Wabash Avenue, Suite 2800 |
| 9 | Chicago, Illinois 60611<br>Telephone: +1.312.876.7700 |
| 10 | *Attorneys for Defendants Broadcom* |
| 11 | *Corporation and Avago Technologies*<br>*International Sales Pte. Limited* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. | Case 3:24-cv-03959-LB |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| BROADCOM INC., BROADCOM CORPORATION, and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED, | |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that Belinda S Lee of the law firm Latham & Watkins LLP hereby enters her appearance in the above-captioned matter as counsel for Defendants Broadcom Inc., Broadcom Corporation, and Avago Technologies International Sales Pte. Limited in this action. She respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon her at the following address:

>Belinda S Lee (Bar No. 199635)
>LATHAM & WATKINS LLP
>505 Montgomery Street Ste 2000
>San Francisco, California 94111-6538
>Telephone: +1.415.391-0600
>belinda.lee@lw.com

Belinda S Lee is admitted to practice, and is in good standing, in the Northern District of California.

Dated: July 23, 2024

Respectfully submitted,

LATHAM & WATKINS LLP
By:   /s/ Belinda S. Lee
              Belinda S. Lee

*Attorney for Defendants Broadcom Inc., Broadcom Corporation, and Avago Technologies International Sales Pte. Limited*