LATHAM & WATKINS LLP
   Christopher S. Yates (Bar No. 161273)
    chris.yates@lw.com
   Belinda S Lee (Bar No. 199635)
    belinda.lee@lw.com
   Aaron T. Chiu (Cal. Bar No. 287788)
    aaron.chiu@lw.com
505 Montgomery Street Ste 2000
San Francisco, California 94111-6538
Telephone: +1.415.391-0600

LATHAM & WATKINS LLP
Sean M. Berkowitz (*pro hac vice* forthcoming)
 sean.berkowitz@lw.com
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: +1.312.876.7700

*Attorneys for Defendants Broadcom Inc.,
Broadcom Corporation, and Avago Technologies
International Sales Pte. Limited*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD.<br><br>    Plaintiff,<br><br>   v.<br><br>BROADCOM INC., BROADCOM CORPORATION, and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED,<br><br>    Defendants. | Case 3:24-cv-03959-LB<br><br>**NOTICE OF APPEARANCE** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that Aaron T. Chiu of the law firm Latham & Watkins LLP hereby enters his appearance in the above-captioned matter as counsel for Defendants Broadcom Inc., Broadcom Corporation, and Avago Technologies International Sales Pte. Limited in this action. He respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the following address:

> Aaron T. Chiu (Cal. Bar No. 287788)
> LATHAM & WATKINS LLP
> 505 Montgomery Street Ste 2000
> San Francisco, California 94111-6538
> Telephone: +1.415.391-0600
> aaron.chiu@lw.com

Aaron T. Chiu is admitted to practice, and is in good standing, in the Northern District of California.

Dated: July 23, 2024

Respectfully submitted,

LATHAM & WATKINS LLP
By:   */s/ Aaron T. Chiu*
         Aaron T. Chiu

*Attorney for Defendants Broadcom Inc., Broadcom Corporation, and Avago Technologies International Sales Pte. Limited*