LATHAM & WATKINS LLP
    Christopher S. Yates (Cal. Bar No. 161273)
     chris.yates@lw.com
    Belinda S Lee (Cal. Bar No. 199635)
     belinda.lee@lw.com
    Aaron T. Chiu (Cal. Bar No. 287788)
     aaron.chiu@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Fax: +1.415.395.8095

LATHAM & WATKINS LLP
    Sean M. Berkowitz (*pro hac vice* forthcoming)
     sean.berkowitz@lw.com
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: +1.312.876.7700
Fax: +1.312.993.9767

*Attorneys for Defendants Broadcom Inc., Broadcom Corporation and Avago Technologies International Sales Pte. Limited*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. | CASE NO. 3:24-cv-03959-LB |
| Plaintiffs, | **RULE 7.1 DISCLOSURE STATEMENT** |
| v. | |
| BROADCOM INC., BROADCOM CORPORATION, AND AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies the following:

Broadcom Corporation is fully owned by Broadcom Inc., and is a California corporation with a principal place of business at 1320 Ridder Park Drive, San Jose, California, 95131.

Avago Technologies International Sales Pte. Limited is also fully owned by Broadcom Technologies Inc., and is a Singapore entity.

Broadcom Inc. is a publicly traded Delaware corporation (NASDAQ: AVGO) with its principal place of business at 3421 Hillview Ave, Palo Alto, CA, 94304. No publicly held corporation owns 10% or more of Broadcom Inc.

Dated: July 23, 2024

LATHAM & WATKINS LLP
By: /s/ Belinda S Lee
    Belinda S Lee

Christopher S. Yates (Cal. Bar No. 161273)
 chris.yates@lw.com
Belinda S Lee (Cal. Bar No. 199635)
 belinda.lee@lw.com
Aaron T. Chiu (Cal. Bar No. 287788)
 aaron.chiu@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Fax: +1.415.395.8095

Sean M. Berkowitz (*pro hac vice* forthcoming)
 sean.berkowitz@lw.com
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: +1.312.876.7700
Fax: +1.312.993.9767

*Attorneys for Defendants Broadcom Inc., Broadcom Corporation and Avago Technologies International Sales Pte. Limited*