LATHAM & WATKINS LLP
   Christopher S. Yates (Cal. Bar No. 161273)
    chris.yates@lw.com
   Belinda S Lee (Cal. Bar No. 199635)
    belinda.lee@lw.com
   Aaron T. Chiu (Cal. Bar No. 287788)
    aaron.chiu@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Fax: +1.415.395.8095

LATHAM & WATKINS LLP
   Sean M. Berkowitz (*pro hac vice* forthcoming)
    sean.berkowitz@lw.com
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: +1.312.876.7700
Fax: +1.312.993.9767

*Attorneys for Defendants Broadcom Inc., Broadcom Corporation and Avago Technologies International Sales Pte. Limited*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. <br><br> Plaintiffs, <br><br> v. <br><br> BROADCOM INC., BROADCOM CORPORATION, AND AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED, <br><br> Defendant. | CASE NO. 3:24-cv-03959-LB <br><br> **DEFENDANTS BROADCOM INC., BROADCOM CORPORATION, AND AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

CERTIFICATION OF CONFLICTS AND
INTERESTED PARTIES
CASE NO. 3:24-CV-03959-LB

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, there is no conflict of interest (other than named Defendants Broadcom Inc., Broadcom Corporation, and Avago Technologies International Sales Pte. Limited) to report.

Dated:  July 23, 2024

LATHAM & WATKINS LLP
By: /s/ Belinda S Lee
       Belinda S Lee

Christopher S. Yates (Cal. Bar No. 161273)
 chris.yates@lw.com
Belinda S Lee (Cal. Bar No. 199635)
 belinda.lee@lw.com
Aaron T. Chiu (Cal. Bar No. 287788)
 aaron.chiu@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Fax: +1.415.395.8095

Sean M. Berkowitz (*pro hac vice* forthcoming)
 sean.berkowitz@lw.com
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: +1.312.876.7700
Fax: +1.312.993.9767

*Attorneys for Defendants Broadcom Inc., Broadcom Corporation and Avago Technologies International Sales Pte. Limited*