LATHAM & WATKINS LLP
　Christopher S. Yates (Cal. Bar No. 161273)
　　chris.yates@lw.com
　Belinda S Lee (Cal. Bar No. 199635)
　　belinda.lee@lw.com
　Aaron T. Chiu (Cal. Bar No. 287788)
　　aaron.chiu@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Fax: +1.415.395.8095

LATHAM & WATKINS LLP
　Sean M. Berkowitz (*pro hac vice* forthcoming)
　　sean.berkowitz@lw.com
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: +1.312.876.7700
Fax: +1.312.993.9767

*Attorneys for Defendants Broadcom Inc., Broadcom Corporation and Avago Technologies International Sales Pte. Limited*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. <br><br> Plaintiffs, <br><br> v. <br><br> BROADCOM INC., BROADCOM CORPORATION, AND AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED, <br><br> Defendant. | CASE NO. 3:24-cv-03959-LB <br><br> **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS BROADCOM INC., BROADCOM CORPORATION, AND AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED TO RESPOND TO THE COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-1(A)** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIP. FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT
CASE NO. 3:24-CV-03959-LB

Plaintiff Samsung Electronics Co., Ltd. ("Plaintiff") and Defendants Broadcom Inc., Broadcom Corporation, and Avago Technologies International Sales Pte. Limited ("Defendants" and, together with Plaintiffs, the "Parties"), by and through their respective attorneys of record herein and without waiving any rights, claims, or defenses they have in this action, enter into this Stipulation pursuant to Civil Local Rule 6-1(a), with reference to the following circumstances:

WHEREAS, Plaintiffs filed the Complaint on July 1, 2024 (ECF No. 1);

WHEREAS, Plaintiffs purported to have served Defendants with a copies of the Summons and Complaint on July 3, 2024 (ECF Nos. 7–9);

WHEREAS, Defendants' response to the Complaint is currently due on July 24, 2024;

WHEREAS, Defendants are evaluating their response to the Complaint and require additional time for their response;

WHEREAS, counsel for the Parties conferred telephonically and by email and have agreed to extend Defendants' deadline to respond to the Complaint to August 28, 2024;

WHEREAS, the stipulated extension of Defendants' response deadline to the Complaint will not affect any deadlines currently set by the Court or other applicable rules;

WHEREAS, the Parties have not previously stipulated to any extensions of time;

WHEREAS, the Parties agree that nothing in this Stipulation shall be construed as a waiver of any Party's rights or positions in law or in equity and that all Parties expressly reserve and do not waive arguments or defenses that Party would otherwise have as of the date of this Stipulation.

NOW THEREFORE, the Parties, through their respective attorneys of record, hereby stipulate and agree to extend Defendants' deadline to respond to the Complaint to August 28, 2024.

**IT IS SO STIPULATED.**

*[Signatures on following page]*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIP. FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT
CASE NO. 3:24-CV-03959-LB

| | | |
|---|---|---|
| 1 | Dated: July 23, 2024 | LATHAM & WATKINS LLP |
| 2 | | By: /s/ Belinda S Lee |
| | | Belinda S Lee |
| 3 | | |
| | | Christopher S. Yates (Cal. Bar No. 161273) |
| 4 | | chris.yates@lw.com |
| | | Belinda S Lee (Cal. Bar No. 199635) |
| 5 | | belinda.lee@lw.com |
| | | Aaron T. Chiu (Cal. Bar No. 287788) |
| 6 | | aaron.chiu@lw.com |
| | | 505 Montgomery Street, Suite 2000 |
| 7 | | San Francisco, California 94111-6538 |
| | | Telephone: +1.415.391.0600 |
| 8 | | Fax: +1.415.395.8095 |
| 9 | | Sean M. Berkowitz (*pro hac vice* forthcoming) |
| | | sean.berkowitz@lw.com |
| 10 | | 330 North Wabash Avenue, Suite 2800 |
| | | Chicago, Illinois 60611 |
| 11 | | Telephone: +1.312.876.7700 |
| | | Fax: +1.312.993.9767 |
| 12 | | |
| | | *Attorneys for Defendants Broadcom Inc.,* |
| 13 | | *Broadcom Corporation and Avago Technologies International Sales Pte. Limited* |
| 14 | | |
| 15 | Dated: July 23, 2024 | ARNOLD & PORTER LLP |
| 16 | | By: /s/ Douglas A. Winthrop |
| | | Douglas A. Winthrop |
| 17 | | |
| | | Douglas A. Winthrop (Cal. Bar No. 183532) |
| 18 | | Douglas.Winthrop@arnoldporter.com |
| | | Daniel B. Asimow (Cal. Bar No. 165661) |
| 19 | | Daniel.Asimow@arnoldporter.com |
| | | Jee Heun ("Jeenie") Kahng (Cal. Bar No. 348556) |
| 20 | | jeenie.kahng@arnoldporter.com |
| 21 | | Three Embarcadero Center, 10th Floor |
| | | San Francisco, CA 94111-4024 |
| 22 | | Telephone: 415.471.3100 |
| | | Facsimile: 415.471.3400 |
| 23 | | |
| | | Jonathan I. Gleklen (*pro hac vice*) |
| 24 | | Jonathan.Gleklen@arnoldporter.com |
| | | 601 Massachusetts Ave., NW |
| 25 | | Washington, DC 20001 |
| | | Telephone: 202.942.5000 |
| 26 | | Facsimile: 202.942.5999 |
| 27 | | *Attorneys for Plaintiff Samsung Electronics Co., Ltd.* |
| 28 | | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIP. FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT
CASE NO. 3:24-CV-03959-LB

**<u>ATTESTATION</u>**

I am the ECF user whose identification and password are being used to file the foregoing Stipulation for Extension of Time for Defendants Broadcom Inc., Broadcom Corporation, and Avago Technologies International Sales Pte. Limited to Respond to the Complaint Pursuant to Civil Local Rule 6-1(a).  Pursuant to Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.

Dated:  July 23, 2024

/s/ *Belinda S Lee*
Belinda S Lee

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIP. FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT
CASE NO. 3:24-CV-03959-LB