1 | LATHAM & WATKINS LLP
2 |   Christopher S. Yates (Cal. Bar No. 161273)
   |   chris.yates@lw.com
3 |   Belinda S Lee (Cal. Bar No. 199635)
   |   belinda.lee@lw.com
4 |   Aaron T. Chiu (Cal. Bar No. 287788)
   |   aaron.chiu@lw.com
5 | 505 Montgomery Street, Suite 2000
   | San Francisco, California 94111-6538
6 | Telephone: +1.415.391.0600
   | Fax: +1.415.395.8095

7 | LATHAM & WATKINS LLP
   |   Sean M. Berkowitz (*pro hac vice* forthcoming)
8 |   sean.berkowitz@lw.com
   | 330 North Wabash Avenue, Suite 2800
9 | Chicago, Illinois 60611
   | Telephone: +1.312.876.7700
10 | Fax: +1.312.993.9767

11 | *Attorneys for Defendants Broadcom Inc., Broadcom Corporation and Avago Technologies International Sales Pte. Limited*

13 | [Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. | CASE NO. 3:24-cv-03959 |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO ANY MOTION FILED BY DEFENDANTS IN RESPONSE TO THE COMPLAINT AND DEFENDANTS' REPLY PURSUANT TO CIVIL LOCAL RULES 6-1(B) AND 6-2** |
| v. | |
| BROADCOM INC., BROADCOM CORPORATION, AND AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED, | |
| Defendant. | |

Plaintiff Samsung Electronics Co., Ltd. ("Plaintiff") and Defendants Broadcom Inc., Broadcom Corporation, and Avago Technologies International Sales Pte. Limited ("Defendants" and, together with Plaintiffs, the "Parties"), by and through their respective attorneys of record herein and without waiving any rights, claims, or defenses they have in this action, enter into this Stipulation pursuant to Civil Local Rules 6-1(b) and 6-2 with reference to the following circumstances:

WHEREAS, Plaintiffs filed the Complaint on July 1, 2024 (ECF No. 1);

WHEREAS, Plaintiffs purported to have served Defendants with a copies of the Summons and Complaint on July 3, 2024 (ECF Nos. 7–9);

WHEREAS, Defendants' response to the Complaint is currently due on August 28, 2024 (ECF No. 18);

WHEREAS, counsel for the Parties conferred telephonically and by email and have agreed to extend Plaintiff's deadline to respond to any motion filed by Defendants in response to the Complaint by 30 days to October 11, 2024 and the deadline for Defendants to file any reply in support of their motion by 14 days to November 1, 2024;

WHEREAS, the stipulated extension would modify the time for responding to a motion under Civil Local Rule 7-3(a), the time for filing a reply under Civil Local Rule 7-3(c), and the timing of any hearing on such motion;

WHEREAS, the Parties have only otherwise stipulated to the extension of Defendants' time to respond to the Complaint;

WHEREAS, the Parties agree that nothing in this Stipulation shall be construed as a waiver of any Party's rights or positions in law or in equity and that all Parties expressly reserve and do not waive arguments or defenses that Party would otherwise have as of the date of this Stipulation.

// // //

NOW THEREFORE, the Parties, through their respective attorneys of record, hereby stipulate and agree to extend Plaintiff's deadline to respond to any motion filed by Defendants in response to October 11, 2024 and the deadline for Defendants to file any reply in support of their motion to November 1, 2024.

**IT IS SO STIPULATED.**

*[Signatures on following page]*

| | | |
|---|---|---|
| 1 | Dated:  July 23, 2024 | LATHAM & WATKINS LLP |
| 2 | | By:  /s/ *Belinda S Lee* |
| | | Belinda S Lee |
| 3 | | |
| | | Christopher S. Yates (Cal. Bar No. 161273) |
| 4 | | *chris.yates@lw.com* |
| | | Belinda S Lee (Cal. Bar No. 199635) |
| 5 | | *belinda.lee@lw.com* |
| | | Aaron T. Chiu (Cal. Bar No. 287788) |
| 6 | | *aaron.chiu@lw.com* |
| | | 505 Montgomery Street, Suite 2000 |
| 7 | | San Francisco, California 94111-6538 |
| | | Telephone: +1.415.391.0600 |
| 8 | | Fax: +1.415.395.8095 |
| 9 | | Sean M. Berkowitz (*pro hac vice* forthcoming) |
| | | *sean.berkowitz@lw.com* |
| 10 | | 330 North Wabash Avenue, Suite 2800 |
| | | Chicago, Illinois 60611 |
| 11 | | Telephone: +1.312.876.7700 |
| | | Fax: +1.312.993.9767 |
| 12 | | |
| | | *Attorneys for Defendants Broadcom Inc.,* |
| 13 | | *Broadcom Corporation and Avago Technologies* |
| | | *International Sales Pte. Limited* |
| 14 | | |
| 15 | Dated:  July 23, 2024 | ARNOLD & PORTER LLP |
| 16 | | By:  /s/ *Douglas A. Winthrop* |
| | | Douglas A. Winthrop |
| 17 | | |
| 18 | | Douglas A. Winthrop (Cal. Bar No. 183532) |
| | | *Douglas.Winthrop@arnoldporter.com* |
| 19 | | Daniel B. Asimow (Cal. Bar No. 165661) |
| | | *Daniel.Asimow@arnoldporter.com* |
| 20 | | Jee Heun ("Jeenie") Kahng (Cal. Bar No. 348556) |
| | | *jeenie.kahng@arnoldporter.com* |
| 21 | | Three Embarcadero Center, 10th Floor |
| | | San Francisco, CA 94111-4024 |
| 22 | | Telephone: 415.471.3100 |
| | | Facsimile: 415.471.3400 |
| 23 | | |
| | | Jonathan I. Gleklen (*pro hac vice*) |
| 24 | | *Jonathan.Gleklen@arnoldporter.com* |
| | | 601 Massachusetts Ave., NW |
| 25 | | Washington, DC 20001 |
| | | Telephone: 202.942.5000 |
| 26 | | Facsimile: 202.942.5999 |
| 27 | | *Attorneys for Plaintiff Samsung Electronics Co., Ltd.* |
| 28 | | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____    _____

The Honorable Laurel Beeler

United States Magistrate Judge

## **ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order For Extension Of Time For Plaintiff to Respond to Any Motion Filed by Defendants in Response to the Complaint Pursuant to Civil Local Rules 6-1(B) and 6-2. Pursuant to Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.

Dated:  July 23, 2024                                       /s/ *Belinda S Lee*
                                                                              Belinda S Lee