LATHAM & WATKINS LLP
  Christopher S. Yates (Cal. Bar No. 161273)
   chris.yates@lw.com
  Belinda S Lee (Cal. Bar No. 199635)
   belinda.lee@lw.com
  Aaron T. Chiu (Cal. Bar No. 287788)
   aaron.chiu@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Fax: +1.415.395.8095

LATHAM & WATKINS LLP
  Sean M. Berkowitz (*pro hac vice* forthcoming)
   sean.berkowitz@lw.com
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: +1.312.876.7700
Fax: +1.312.993.9767

*Attorneys for Defendants Broadcom Inc., Broadcom Corporation and Avago Technologies International Sales Pte. Limited*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. <br><br> Plaintiffs, <br><br> v. <br><br> BROADCOM INC., BROADCOM CORPORATION, AND AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED, <br><br> Defendant. | CASE NO. 3:24-cv-03959-LB <br><br> **DECLARATION IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO ANY MOTION FILED BY DEFENDANTS IN RESPONSE TO THE COMPLAINT AND DEFENDANTS' REPLY PURSUANT TO CIVIL LOCAL RULE 6-1(B} AND 6-2** |

I, Aaron T. Chiu, hereby declare as follows:

1. I am an attorney admitted to practice law in the state of California and a partner at Latham & Watkins LLP, counsel of record for defendants Broadcom Inc., Broadcom Corporation, and Avago Technologies International Sales Pte. Limited (collectively, "Defendants") in the above-captioned action.

2. I submit this declaration in support of the Parties' Stipulation and [Proposed] Order for Extension of Time for Plaintiff to Respond to Any Motion Filed by Defendants in Response to the Complaint and Defendants' Reply Pursuant to Civil Local Rules 6-1(b) and 6-2. I make this declaration based on my personal knowledge.

3. On July 1, 2024, Plaintiff filed the Complaint (ECF No. 1).

4. Plaintiff purported to have served the Summons and Complaint on Defendants on July 3, 2024 (ECF Nos. 7–9).

5. Defendants' deadline to answer or otherwise respond to the Complaint is July 24, 2024.

6. The Parties have stipulated to extend Defendants' deadline to respond to the Complaint to August 28, 2024 (ECF No. 18).

7. Counsel for the Parties have met and conferred regarding an adjusted briefing schedule for any responsive motion that Defendants may file in response to the Complaint given counsels' existing conflicts and schedules, and agreed to extend (i) the deadline for Plaintiffs to oppose any motion that Defendants may file in response to the Complaint by 30 days to October 11, 2024, and (ii) the deadline for Defendants' reply by 14 days to November 1, 2024.

8. The Parties do not intend for this extension of time to impact any other deadlines already fixed by Court order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed July 23, 2024, in San Francisco, California.

By: _____
Aaron T. Chiu