1  LATHAM & WATKINS LLP
   Christopher S. Yates (Cal. Bar No. 161273)
2     chris.yates@lw.com
   Belinda S Lee (Cal. Bar No. 199635)
3     belinda.lee@lw.com
   Aaron T. Chiu (Cal. Bar No. 287788)
4     aaron.chiu@lw.com
505 Montgomery Street, Suite 2000
5  San Francisco, California 94111-6538
Telephone: +1.415.391.0600
6  Fax: +1.415.395.8095

7  LATHAM & WATKINS LLP
   Sean M. Berkowitz (*pro hac vice* forthcoming)
8     sean.berkowitz@lw.com
330 North Wabash Avenue, Suite 2800
9  Chicago, Illinois 60611
Telephone: +1.312.876.7700
10  Fax: +1.312.993.9767

11  *Attorneys for Defendants Broadcom Inc., Broadcom Corporation and Avago Technologies International Sales Pte. Limited*

13  [Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SAMSUNG ELECTRONICS CO., LTD. | CASE NO. 3:24-cv-03959 |
|---|---|
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO ANY MOTION FILED BY DEFENDANTS IN RESPONSE TO THE COMPLAINT AND DEFENDANTS' REPLY PURSUANT TO CIVIL LOCAL RULES 6-1(B) AND 6-2** |
| v. | |
| BROADCOM INC., BROADCOM CORPORATION, AND AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED, | |
| Defendant. | |

Plaintiff Samsung Electronics Co., Ltd. ("Plaintiff") and Defendants Broadcom Inc., Broadcom Corporation, and Avago Technologies International Sales Pte. Limited ("Defendants" and, together with Plaintiffs, the "Parties"), by and through their respective attorneys of record herein and without waiving any rights, claims, or defenses they have in this action, enter into this Stipulation pursuant to Civil Local Rules 6-1(b) and 6-2 with reference to the following circumstances:

WHEREAS, Plaintiffs filed the Complaint on July 1, 2024 (ECF No. 1);

WHEREAS, Plaintiffs purported to have served Defendants with a copies of the Summons and Complaint on July 3, 2024 (ECF Nos. 7–9);

WHEREAS, Defendants' response to the Complaint is currently due on August 28, 2024 (ECF No. 18);

WHEREAS, counsel for the Parties conferred telephonically and by email and have agreed to extend Plaintiff's deadline to respond to any motion filed by Defendants in response to the Complaint by 30 days to October 11, 2024 and the deadline for Defendants to file any reply in support of their motion by 14 days to November 1, 2024;

WHEREAS, the stipulated extension would modify the time for responding to a motion under Civil Local Rule 7-3(a), the time for filing a reply under Civil Local Rule 7-3(c), and the timing of any hearing on such motion;

WHEREAS, the Parties have only otherwise stipulated to the extension of Defendants' time to respond to the Complaint;

WHEREAS, the Parties agree that nothing in this Stipulation shall be construed as a waiver of any Party's rights or positions in law or in equity and that all Parties expressly reserve and do not waive arguments or defenses that Party would otherwise have as of the date of this Stipulation.

// // //

1  NOW THEREFORE, the Parties, through their respective attorneys of record, hereby
2  stipulate and agree to extend Plaintiff's deadline to respond to any motion filed by Defendants in
3  response to October 11, 2024 and the deadline for Defendants to file any reply in support of their
4  motion to November 1, 2024.

5  **IT IS SO STIPULATED.**

6  *[Signatures on following page]*

| | | |
|---|---|---|
| 1 | Dated:  July 23, 2024 | LATHAM & WATKINS LLP |
| 2 | | By:  /s/ *Belinda S Lee* |
| | | Belinda S Lee |
| 3 | | |
| 4 | | Christopher S. Yates (Cal. Bar No. 161273) |
| | | chris.yates@lw.com |
| 5 | | Belinda S Lee (Cal. Bar No. 199635) |
| | | belinda.lee@lw.com |
| 6 | | Aaron T. Chiu (Cal. Bar No. 287788) |
| | | aaron.chiu@lw.com |
| 7 | | 505 Montgomery Street, Suite 2000 |
| | | San Francisco, California 94111-6538 |
| 8 | | Telephone: +1.415.391.0600 |
| | | Fax: +1.415.395.8095 |
| 9 | | Sean M. Berkowitz (*pro hac vice* forthcoming) |
| | | sean.berkowitz@lw.com |
| 10 | | 330 North Wabash Avenue, Suite 2800 |
| | | Chicago, Illinois 60611 |
| 11 | | Telephone: +1.312.876.7700 |
| | | Fax: +1.312.993.9767 |
| 12 | | |
| 13 | | *Attorneys for Defendants Broadcom Inc., Broadcom Corporation and Avago Technologies International Sales Pte. Limited* |
| 14 | | |
| 15 | Dated:  July 23, 2024 | ARNOLD & PORTER LLP |
| 16 | | By:  /s/ *Douglas A. Winthrop* |
| | | Douglas A. Winthrop |
| 17 | | |
| 18 | | Douglas A. Winthrop (Cal. Bar No. 183532) |
| | | Douglas.Winthrop@arnoldporter.com |
| 19 | | Daniel B. Asimow (Cal. Bar No. 165661) |
| | | Daniel.Asimow@arnoldporter.com |
| 20 | | Jee Heun ("Jeenie") Kahng (Cal. Bar No. 348556) |
| | | jeenie.kahng@arnoldporter.com |
| 21 | | Three Embarcadero Center, 10th Floor |
| | | San Francisco, CA 94111-4024 |
| 22 | | Telephone: 415.471.3100 |
| | | Facsimile: 415.471.3400 |
| 23 | | |
| 24 | | Jonathan I. Gleklen (*pro hac vice*) |
| | | Jonathan.Gleklen@arnoldporter.com |
| 25 | | 601 Massachusetts Ave., NW |
| | | Washington, DC 20001 |
| 26 | | Telephone: 202.942.5000 |
| | | Facsimile: 202.942.5999 |
| 27 | | |
| 28 | | *Attorneys for Plaintiff Samsung Electronics Co., Ltd.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 24, 2024

_____

The Honorable Laurel Beeler

United States Magistrate Judge

## **ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order For Extension Of Time For Plaintiff to Respond to Any Motion Filed by Defendants in Response to the Complaint Pursuant to Civil Local Rules 6-1(B) and 6-2. Pursuant to Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.

Dated:  July 23, 2024                                          /s/ *Belinda S Lee*
                                                                                    Belinda S Lee

LATHAM & WATKINS LLP
   Christopher S. Yates (Cal. Bar No. 161273)
    chris.yates@lw.com
   Belinda S Lee (Cal. Bar No. 199635)
    belinda.lee@lw.com
   Aaron T. Chiu (Cal. Bar No. 287788)
    aaron.chiu@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Fax: +1.415.395.8095

LATHAM & WATKINS LLP
   Sean M. Berkowitz (*pro hac vice* forthcoming)
    sean.berkowitz@lw.com
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: +1.312.876.7700
Fax: +1.312.993.9767

*Attorneys for Defendants Broadcom Inc., Broadcom Corporation and Avago Technologies International Sales Pte. Limited*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD.<br><br>Plaintiffs,<br><br>v.<br><br>BROADCOM INC., BROADCOM CORPORATION, AND AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED,<br><br>Defendant. | CASE NO. 3:24-cv-03959-LB<br><br>**DECLARATION IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO ANY MOTION FILED BY DEFENDANTS IN RESPONSE TO THE COMPLAINT AND DEFENDANTS' REPLY PURSUANT TO CIVIL LOCAL RULE 6-1(B} AND 6-2** |

I, Aaron T. Chiu, hereby declare as follows:

1. I am an attorney admitted to practice law in the state of California and a partner at Latham & Watkins LLP, counsel of record for defendants Broadcom Inc., Broadcom Corporation, and Avago Technologies International Sales Pte. Limited (collectively, "Defendants") in the above-captioned action.

2. I submit this declaration in support of the Parties' Stipulation and [Proposed] Order for Extension of Time for Plaintiff to Respond to Any Motion Filed by Defendants in Response to the Complaint and Defendants' Reply Pursuant to Civil Local Rules 6-1(b) and 6-2. I make this declaration based on my personal knowledge.

3. On July 1, 2024, Plaintiff filed the Complaint (ECF No. 1).

4. Plaintiff purported to have served the Summons and Complaint on Defendants on July 3, 2024 (ECF Nos. 7–9).

5. Defendants' deadline to answer or otherwise respond to the Complaint is July 24, 2024.

6. The Parties have stipulated to extend Defendants' deadline to respond to the Complaint to August 28, 2024 (ECF No. 18).

7. Counsel for the Parties have met and conferred regarding an adjusted briefing schedule for any responsive motion that Defendants may file in response to the Complaint given counsels' existing conflicts and schedules, and agreed to extend (i) the deadline for Plaintiffs to oppose any motion that Defendants may file in response to the Complaint by 30 days to October 11, 2024, and (ii) the deadline for Defendants' reply by 14 days to November 1, 2024.

8. The Parties do not intend for this extension of time to impact any other deadlines already fixed by Court order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed July 23, 2024, in San Francisco, California.

By: /s/ Aaron T. Chiu
Aaron T. Chiu