LATHAM & WATKINS LLP
   Christopher S. Yates (Cal. Bar No. 161273)
   *chris.yates@lw.com*
   Belinda S Lee (Cal. Bar No. 199635)
   *belinda.lee@lw.com*
   Aaron T. Chiu (Cal. Bar No. 287788)
   *aaron.chiu@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

LATHAM & WATKINS LLP
   Sean M. Berkowitz (*pro hac vice*)
   *sean.berkowitz@lw.com*
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: +1.312.876.7700

*Attorneys for Defendants Broadcom Inc., Broadcom Corporation and Avago Technologies International Sales Pte. Limited*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD.<br><br>Plaintiff,<br><br>v.<br><br>BROADCOM INC., BROADCOM CORPORATION, AND AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED,<br><br>Defendants. | CASE NO. 3:24-cv-03959-LB<br><br>**DECLARATION OF AARON T. CHIU IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS**<br><br>Date:     December 5, 2024<br>Time:    9:30 a.m.<br>Courtroom:  Courtroom B, 15th Floor<br>Before:   Hon. Laurel Beeler |

I, Aaron T. Chiu, declare as follows:

1. I am a partner at the law firm of Latham & Watkins LLP, counsel to Defendants Broadcom Inc., Broadcom Corporation, and Avago Technologies International Sales Pte. Limited (collectively "Broadcom"). I am a member in good standing with the State Bar of California, and I am admitted to practice before this Court. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would testify competently thereto. I make this declaration in support of Broadcom's Notice of Motion and Motion to Dismiss the Complaint.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Strategic Agreement entered into by and between Samsung Electronics Co., Ltd., and Broadcom, which is incorporated by reference in the Complaint (ECF No. 1) at ¶¶ 7–9, 19, 20, 22, 76, 77, 79-81, 85, 88–91, 98, 111, 122, 149, 160.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Termination Agreement entered into between Samsung Electronics Co., Ltd and Broadcom, which is incorporate by reference in the Complaint (ECF No. 1) at ¶ 90.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 28, 2024, in San Rafael, California.

Dated: August 28, 2024

Respectfully submitted,

Aaron T. Chiu
LATHAM & WATKINS LLP
*Attorneys for Defendants Broadcom Inc., Broadcom Corporation and Avago Technologies International Sales Pte. Limited*