UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD.<br><br>Plaintiff,<br><br>v.<br><br>BROADCOM INC., BROADCOM CORPORATION, AND AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED,<br><br>Defendants. | CASE NO. 3:24-cv-03959-LB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS BROADCOM, INC., BROADCOM CORPORATION AND AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED'S MOTION TO DISMISS** |

Defendants Broadcom, Inc., Broadcom Corporation and Avago Technologies International Sales Pte. Limited (*"Broadcom"*) has filed a Notice of Motion and Motion to Dismiss. Having considered the papers submitted and arguments of counsel, and all other matters presented to the Court, and good cause appearing therefrom,

**IT IS HEREBY ORDERED THAT:**

Broadcom's Motion to Dismiss is **GRANTED.**

**IT IS SO ORDERED**.

Dated: \_\_\_\_\_, 2024,

_____
THE HONORABLE LAUREL BEELER
United States Magistrate Judge