1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. | CASE NO. 3:24-cv-03959-LB |
| Plaintiff, | **[PROPOSED] ORDER GRANTING BROADCOM, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION TO DISMISS** |
| v. | |
| BROADCOM INC., BROADCOM CORPORATION, AND AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED, | |
| Defendants. | |

LATHAM&WATKINSᴸᴸᴾ
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER RE: BROADCOM'S MTS
PORTIONS OF ITS MOTION TO DISMISS
CASE NO. 3:24-CV-03959-LB

Pending before the Court is Defendants Broadcom, Inc., Broadcom Corporation and Avago Technologies International Sales Pte. Limited *("Broadcom")* Administrative Motion to File Under Seal Portions of Its Motion to Dismiss.

Having considered Defendants' Broadcom Motion to Dismiss and the supporting Declaration of Philip Blum ("Blum Declaration"), and finding that there is good cause to justify sealing the below referenced material, **IT IS HEREBY ORDERED THAT** Defendants' Administrative Motion is **GRANTED**.

The following portions of Defendants Motion to Dismiss and the Blum Declaration exhibits shall be sealed:

| Document | Portion(s) to Seal | Reason for Sealing |
|---|---|---|
| Broadcom's Motion to Dismiss Plaintiff's Complaint | Highlighted portions at 1:5, 5:8–9, 5:23–25, 5:26, 5:27, 5:28, 6:1, 6:2–3, 6:4–5, 6:8–11, 6:13–23, 6:24, 14:28, 15:1–2, 16:9–12, 18:24–28, 19:1–4, 23:8–13, 23:14–15. | 79-5(c). The selected information contains language related to Broadcom's financial commitments, investment details, and specific terms of the Strategic Agreement with Samsung that, if publicly disclosed, risks competitive harm to Broadcom. The selected information also contains language related to the specifics of the Termination Agreement, including the termination date and non-enforcement of the remaining balance, that, if publicly disclosed, risks competitive harm to Broadcom. The portions Broadcom seeks to seal have been narrowly selected and will not prevent Samsung from pursuing their claims in this case. Accordingly, there is no less restrictive alternative. |
| Strategic | Entirety | 79-5(c). The selected information contains language |

LATHAM&WATKINS<sub>LLP</sub>
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER RE: BROADCOM'S MTS
PORTIONS OF ITS MOTION TO DISMISS
CASE NO. 3:24-CV-03959-LB

| Agreement | | related to Broadcom's financial commitments, investment details, and specific terms of the Strategic Agreement with Samsung that, if publicly disclosed, risks competitive harm to Broadcom. |
|---|---|---|
| Termination Agreement | Entirety | 79-5(c). The selected information contains language related to the specifics of the Termination Agreement, including the termination date and non-enforcement of the remaining balance, that, if publicly disclosed, risks competitive harm to Broadcom |

**IT IS SO ORDERED**.

Dated: _____, 2024,

_____
THE HONORABLE LAUREL BEELER
United States Magistrate Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

[PROPOSED] ORDER RE: BROADCOM'S MTS
PORTIONS OF ITS MOTION TO DISMISS
CASE NO. 3:24-CV-03959-LB