LATHAM & WATKINS LLP
 Christopher S. Yates (Cal. Bar No. 161273)
  chris.yates@lw.com
 Belinda S Lee (Cal. Bar No. 199635)
  belinda.lee@lw.com
 Aaron T. Chiu (Cal. Bar No. 287788)
  aaron.chiu@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

LATHAM & WATKINS LLP
 Sean M. Berkowitz (*pro hac vice*)
  sean.berkowitz@lw.com
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: +1.312.876.7700

*Attorneys for Defendants Broadcom Inc., Broadcom Corporation and Avago Technologies International Sales Pte. Limited*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD.<br><br>   Plaintiff,<br><br>  v.<br><br>BROADCOM INC., BROADCOM CORPORATION, AND AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED,<br><br>   Defendants. | CASE NO. 3:24-cv-03959-LB<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 years. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-6538. My email address is monique.handy-jones@lw.com.

On August 28, 2024, I served the following documents described as:

DEFENDANTS' NOTICE OF MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS FILED UNDER SEAL

EXHIBIT 1 FILED UNDER SEAL

EXHIBIT 2 FILED UNDER SEAL

By serving a true copy of the above-described document in the following manner:

## BY ELECTRONIC MAIL

The above-described document was transmitted via electronic mail to the following party on August 28, 2024:

ARNOLD & PORTER LLP
Douglas A. Winthrop
Daniel B. Asimow
Jee Heun ("Jeenie") Kahng
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: 415.471.3100
Email: Douglas.Winthrop@arnoldporter.com;
Daniel.Asimow@arnoldporter.com
jeenie.kahng@arnoldporter.com

ARNOLD & PORTER LLP
Jonathan I. Gleklen (pro hac vice)
601 Massachusetts Ave., NW
Washington, DC 20001
Telephone: 202.942.5000
Jonathan.Gleklen@arnoldporter.com

*Counsel for Plaintiff Samsung Electronics Co., Ltd.*

The party on whom this electronic mail has been served has agreed in writing to such form of service pursuant to agreement.

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 28, 2024, at San Francisco, California.

_____