| | |
|---|---|
| 1 | ARNOLD & PORTER KAYE SCHOLER LLP |
| | DOUGLAS A. WINTHROP (Bar No. 183532) |
| 2 | Douglas.Winthrop@arnoldporter.com |
| | DANIEL B. ASIMOW (Bar No. 165661) |
| 3 | Daniel.Asimow@arnoldporter.com |
| | JEE HEUN ("JEENIE") KAHNG (Bar No. 348556) |
| 4 | jeenie.kahng@arnoldporter.com |
| | Three Embarcadero Center, 10th Floor |
| 5 | San Francisco, CA 94111-4024 |
| | Telephone:   415.471.3100 |
| 6 | Facsimile:   415.471.3400 |
| 7 | ARNOLD & PORTER KAYE SCHOLER LLP |
| | JONATHAN I. GLEKLEN (*pro hac vice*) |
| 8 | Jonathan.Gleklen@arnoldporter.com |
| | 601 Massachusetts Ave., NW |
| 9 | Washington, DC 20001 |
| | Telephone:   202.942.5000 |
| 10 | Facsimile:   202.942.5999 |
| 11 | ARNOLD & PORTER KAYE SCHOLER LLP |
| | ALLYSON C. MYERS (Bar No. 342038) |
| 12 | Ally.Myers@arnoldporter.com |
| | 777 South Figueroa Street, 44th Floor |
| 13 | Los Angeles, CA 90017-5844 |
| | Telephone:   213.243.4000 |
| 14 | Facsimile:   213.243.4199 |

*Attorneys for Plaintiff*
*Samsung Electronics Co., Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. | Case No. 3:24-CV-03959-LB |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| BROADCOM INC., BROADCOM CORPORATION, and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED, | Judge: Honorable Laurel Beeler |
| Defendants. | |

NOTICE OF DISMISSAL                                    CASE NO. 3:24-CV-03959-LB

1 | Plaintiff Samsung Electronics Co., Ltd., by and through its counsel of record and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses with prejudice its claims against all Defendants. No Defendant has served an answer or motion for summary judgment.

Dated: November 26, 2024                ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Douglas A. Winthrop*
Douglas A. Winthrop
Daniel B. Asimow
Jonathan I. Gleklen (*admitted pro hac vice*)
Jeenie Kahng
Allyson C. Myers
*Attorneys for Plaintiff*
*Samsung Electronics Co., Ltd.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** via the Court's CM/ECF system on November 26, 2024.

/s/ *Douglas A. Winthrop*
Douglas A. Winthrop